**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLIAM E. YOUNG,
    Plaintiff,

-vs-              Case No. 6:05-cv-1525-Orl-28KRS

THE STATE OF FLORIDA,
THE CIRCUIT COURT OF ORANGE
COUNTY,
    Defendants.
_____

# ORDER

This case is before the Court on the Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed October 12, 2005. The United States Magistrate Judge has submitted a report noting that on August 11, 2004, this Plaintiff filed a complaint in this Court asserting the same grounds for relief against the same Defendants named in the present action. *See Young v. Ninth Circuit*, 6:04-cv-1217-ORL-28JGG. The Magistrate Judge's report recommends that the Court adopt its frivolousness determination set forth in the previous case and dismiss Plaintiff's Complaint in this matter pursuant to 28 U.S.C. § 1915(e). The Magistrate Judge further recommends that the Court deny the pending Motion for Leave to Proceed In Forma Pauperis and instruct Plaintiff that should he seek to file an amended complaint, that he is ordered to file a motion for leave to file an amended complaint addressing whether the proposed amended complaint is barred by *res judicata* to the extent that it is the same or substantially similar to the complaint in the present case and the complaint in the previous case.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 20, 2005 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. That the Amended Complaint (Doc. 5) filed by Plaintiff on October 31, 2005, does not cure the deficiencies in the Complaint as outlined in the Magistrate Judge's Report and Recommendation.

3. The Complaint and the Amended Complaint are **DISMISSED without prejudice** pursuant to 18 U.S.C. § 1915(e).

4. The pending Motion to Proceed In Forma Pauperis is **DENIED**.

5. Should Plaintiff seek to a second amended complaint, he is **ORDERED** to file a motion for leave to file an amended complaint addressing whether the proposed amended complaint is barred by res judicata to the extent that it is the same or substantially similar to the complaint in the present case and the complaint in case 6:04-cv-1217-ORL-28JGG.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __18__ day of January, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party